1  LAURA MEEHAN (NY Bar No. 4802302)
     meehanla@sec.gov
2  SAMUEL WASSERMAN (NY Bar No. 4830634)
     wassermans@sec.gov
3  **SECURITIES AND EXCHANGE COMMISSION**
   100 Pearl Street Suite 20-100
4  New York, NY 10004
   *Attorneys for Plaintiff*
5
   ANTHONY J. MORENO (Cal. Bar No. 219220)
6    morenoa@sec.gov
   **SECURITIES AND EXCHANGE COMMISSION**
7  44 Montgomery Street, Suite 700
   San Francisco, CA 94104
8  *Attorney for Plaintiff*

9  ***Appearances of Counsel Continued on Next Page***

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:22-cv-04859-WHO |
14 | Plaintiff, | **STIPULATION TO REQUEST TEMPORARY ADJOURNMENT OF SETTLEMENT CONFERENCE AND ASSOCIATED DEADLINES AND ORDER (AS MODIFIED)** |
15 | v. | |
16 | DALE SWANBERG, | |
17 | Defendant. | |

TODD A. PICKLES (Cal. Bar No. 215629)
  picklest@gtlaw.com
**GREENBERG TRAURIG, LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814

WILLIAM MICHAEL, JR. (Admitted *Pro Hac Vice*)
  michaelw@gtlaw.com
MICHAEL KRAUSS (Admitted *Pro Hac Vice*)
  kraussm@gtlaw.com
LAURA HAMMARGREN (Admitted *Pro Hac Vice*)
  laura.hammargren@gtlaw.com
**GREENBERG TRAURIG, LLP**
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
*Attorneys for Defendant Dale Swanberg*

(*Additional counsel for Mr. Swanberg listed in Signature Block at the end of this Statement*)

## STIPULATION TO REQUEST TEMPORARY ADJOURNMENT OF SETTLEMENT CONFERENCE AND ASSOCIATED DEADLINES

Pursuant to the Settlement Standing Order and Notice of Settlement Conference dated March 18, 2025 (ECF Nos. 77, 78), Plaintiff Securities and Exchange Commission ("SEC") and Defendant Dale Swanberg ("Mr. Swanberg") (collectively, the "Parties") jointly submit this request to temporarily adjourn the Court's settlement conference with Chief Magistrate Judge Ryu scheduled for June 5, 2025 (the "Scheduling Conference") and all associated settlement conference deadlines.

On March 25, 2025, after the Settlement Conference was scheduled, the Court granted the SEC's motion to reschedule certain other deadlines in this case, due to the recent turnover of the SEC's trial team (the "March 25 Order") (ECF 80). The March 25 Order rescheduled the last day to hear dispositive motions to October 8, 2025 (from July 16, 2025); and the trial date to March 30, 2026 (from October 20, 2025). The parties currently are engaged in expert discovery, which is set to close on June 13, 2025 (ECF No. 85).

Mr. Swanberg is currently engaged in discussions with the SEC's Enforcement Division regarding possible resolution of this matter, and the Parties are scheduled to meet on June 4, 2025 to continue these discussions. The Parties believe that the Settlement Conference can be productive only after these initial discussions have been conducted. Therefore, the Parties believe good cause exists to

temporarily adjourn the Settlement Conference. Also, because the Court previously extended the remaining deadlines in this matter, an adjournment of the Settlement Conference should not cause any delay in the proceedings. If the matter has not been resolved, within seven days of the Parties' June 4, 2025 meeting, the Parties will propose new dates for the Settlement Conference for the Court's and Magistrate Judge Ryu's consideration.

STIPULATED AND AGREED TO BY:

Dated: May 12, 2025

/s/ Anthony J. Moreno
Laura E. Meehan
Samuel Wasserman
Anthony J. Moreno
*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**

Dated: May 12, 2025

/s/ Natalie F. Wayne
Todd A. Pickles
William Michael, Jr.
Michael Krauss
Irina Khasin
Laura Hammargren
Natalie F. Wayne
*Attorneys for Defendant Dale Swanberg*
**GREENBERG TAURIG, LLP**

### LOCAL RULE 5-1(h)(3) ATTESTATION

Pursuant to L.R. 5-1(h)(3), I, Anthony J. Moreno, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Anthony J. Moreno

STIPULATION TO REQUEST TEMPORARY ADJOURNMENT OF SETTLEMENT CONFERENCE AND ASSOCIATED DEADLINES AND ORDER (AS MODIFIED)    3    SEC v. SWANBERG
CASE NO. 3:22-CV-04859-WHO

**ORDER (AS MODIFIED)**

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY ORDERED that (1) the Court's settlement conference previously scheduled for June 5, 2025 (the "Settlement Conference") is temporarily adjourned; and (2) Judge Ryu will convene a settlement planning call by Zoom on June 11, 2025 at 10:30 a.m.

Dated: May 12, 2025



_____
Donna M. Ryu
Chief Magistrate Judge