UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>DALE SWANBERG,<br><br>    Defendant. | Case No. 22-cv-04859-WHO<br><br>**ORDER STAYING THE CASE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 107 |

Pursuant to the letter submitted by parties, *see* Dkt. No. 107, the case is now STAYED. A further Case Management Conference is scheduled for November 18, 2025, at 2:00 p.m. A Joint Statement is due by November 10, 2025.

**IT IS SO ORDERED.**

Dated: September 9, 2025

William H. Orrick
United States District Judge