LAURA MEEHAN (NY Bar No. 4802302)
  meehanla@sec.gov
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street Suite 20-100
New York, NY 10004
*Attorneys for Plaintiff*

ANTHONY J. MORENO (Cal. Bar No. 219220)
  morenoa@sec.gov
**SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 700
San Francisco, CA 94104
*Attorney for Plaintiff*

WILLIAM MICHAEL, JR. (Admitted *Pro Hac Vice*)
  michaelw@gtlaw.com
MICHAEL KRAUSS (Admitted *Pro Hac Vice*)
  kraussm@gtlaw.com
LAURA HAMMARGREN (Admitted *Pro Hac Vice*)
  laura.hammargren@gtlaw.com
**GREENBERG TRAURIG, LLP**
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
*Attorneys for Defendant Dale Swanberg*

*(Additional counsel for Mr. Swanberg listed in Signature Block at the end of this Statement)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE SWANBERG,<br><br>    Defendant. | Case No. 3:22-cv-04859-WHO<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND RELEASES** |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND RELEASES**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Dale Swanberg ("Swanberg") (collectively, the "Parties") respectfully submit this Joint Stipulation for Voluntary Dismissal and Releases stipulating to the dismissal with prejudice of all claims against Swanberg.

**WHEREAS**, the SEC filed its Complaint in this civil enforcement action (the "Litigation") on August 25, 2022 against Defendant Dale Swanberg. *See* ECF No. 1.

**WHEREAS**, the SEC, in its discretion and based on the facts and circumstances of this case and its ongoing review of the evidence, including the narrowed scope of the evidence the SEC intended to present at trial (*see* Dkt. No. 91 at 8, § 15), has agreed to voluntarily dismiss, with prejudice, all claims against Swanberg.

**WHEREAS,** the SEC's decision to seek dismissal of the claims against Defendant does not reflect the SEC's position on any other case.

**WHEREAS,** the SEC and Swanberg wish to resolve all outstanding issues by entering into this Joint Stipulation for Voluntary Dismissal and Releases.

**THEREFORE**, in consideration of the above, it is hereby agreed by and between the SEC and Swanberg as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the SEC and Swanberg stipulate that the action against Swanberg be dismissed with prejudice as to the conduct alleged in the Complaint, and without costs or fees to any party.

2. Swanberg, for himself and any of his agents, attorneys, employees, or representatives, hereby waives and releases:

   a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Swanberg that in any way relate to the

Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

    b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the SEC and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3. Swanberg represents and warrants that in entering into and executing this Joint Stipulation (a) he has relied on his own investigation and his own counsel; (b) he has been given a reasonable period of time within which to consider the terms and conditions of the Joint Stipulation and has consulted with counsel regarding the terms and conditions of the Joint Stipulation; and (c) he has voluntarily entered into this Joint Stipulation without duress, coercion, or undue influence.

4. Each of the undersigned represents that they have the authority to execute this Joint Stipulation on behalf of the party so indicated.

FOR THE SEC:

*Laura E. Meehan*
Laura E. Meehan
Anthony J. Moreno
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004
212-336-0079 (Meehan)

*Counsel for Plaintiff*

FOR THE DEFENDANT:

*Wm Michael Jr*
William Michael, Jr.
Michael Krauss
Irina Khasin
Laura Hammargren
Natalie F. Wayne
**GREENBERG TRAURIG, LLP**
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
*Counsel for Defendant*