UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DALE SWANBERG,<br><br>Defendant. | Case No. 22-cv-04859-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 114 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. Fed. R. Civ. P. 41. The Clerk shall close the case.

Dated: January 30, 2026

WILLIAM H. ORRICK
United States District Judge